UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA DAY,

    Plaintiff,

v.                                  Case No:   2:14-cv-737-FtM-38DNF

WAL-MART STORES, INC.,

    Defendant.
_____/

## ORDER[1]

This matter is before the Court on Plaintiff Linda Day and Defendant Wal-Mart Stores, Inc.'s Joint Response to Order to Show Cause (Doc. #15) filed on March 26, 2015. Three days earlier, the Court ordered the parties to show cause why this case should not be dismissed for failure to file a Case Management Report. (Doc. #13). After careful review of the parties' response, the Court finds good cause for why this case should not be dismissed.

Accordingly, it is now

**ORDERED:**

The Court will take no further action in its Order dated March 23, 2015 (Doc. #13).The Court deems the Case Management Report timely filed. The case remains set for a Preliminary Pretrial Conference on April 13, 2015.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record